IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEONEL NINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-100-A |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action where Leonel Nino is plaintiff and the Acting Commissioner of Social Security, currently Nancy A. Berryhill ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claims for a period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act ("SSA"). On January 29, 2018, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until February 12, 2018, to file and serve any written objections thereto. To date, neither party has filed objections. Nevertheless, the court has conducted a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, and has concluded

that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income protectively filed on October 7, 2013, plaintiff, Leonel Nino, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED February 13, 2018.

JOHN McBRYDE
United States District Judge